# UNITED STATES COURT OF APPEALS
## FOR THE DISTRICT OF COLUMBIA CIRCUIT

No. 25-5337
(C.A. No. 22-2717)

ELAINE ABBOTT, *Appellant*,

v.

ERIC UELAND, Acting Director, *Appellee*.
Office of Government Ethics
in his official capacity,

## APPELLANT'S CERTIFICATE AS TO
## PARTIES, RULINGS, AND RELATED CASES

### A. Parties and Amici

The Appellant is Elaine Abbott, appearing *Pro Se*, who was the self-represented Plaintiff in the District Court. Appellee is Eric Ueland, Acting Director of the Office of Government Ethics. The Agency was the Defendant in the District Court through the tenure of several individuals: Emory Rounds, Shelley Finlayson, David Huitema, Jamieson Greer. There were no amicus curiae in the District Court and no known amicus/amici in this Court at this time.

**B. Rulings Under Review**

1. Memorandum Opinion and Order (Docket Number 49) entered on July 21, 2025, by the Honorable Beryl A. Howell, United States District Judge for the District of Columbia, granting Defendant's Motion for Summary Judgment against Plaintiff.

2. Memorandum Opinion and Order (Docket Number 39) by the Honorable Beryl A. Howell, United States District Judge for the District of Columbia, denying Plaintiff's Motion for Relief pursuant to Federal Rule of Civil Procedure 56(d) entered on December 3, 2024.

    a. [In conflict with] Minute Order, Item 2 entered on February 15, 2024, by the Honorable Beryl A. Howell, United States District Judge for the District of Columbia.

**C. Related Cases**

No known related cases.

Dated: November 7, 2025                    Respectfully Submitted,

                                           */s/ Elaine Abbott*
                                           Elaine Abbott
                                           Appellant, Appearing *Pro Se*
                                           discriminationlawsuitvoge@protonmail.com

## **CERTIFICATE OF SERVICE**

I hereby certify that, on November 7, 2025, the Appellant's ***Certificate as to Parties, Rulings, and Related Cases*** was electronically filed through the CM/ECF system, for service to all parties.

*/s/ Elaine Abbott*
Elaine Abbott
Appellant, Appearing *Pro Se*
