# UNITED STATES COURT OF APPEALS
## DISTRICT OF COLUMBIA CIRCUIT

333 Constitution Avenue, NW
Washington, DC 20001-2866
Phone: 202-216-7000 | Facsimile: 202-219-8530

## CIVIL DOCKETING STATEMENT
All Cases Other than Administrative Agency Cases (To be completed by appellant)

1. CASE NO. 25-5337
2. DATE DOCKETED: 9/23/2025
3. CASE NAME (lead parties only) Elaine Abbott v. Eric Ueland
4. TYPE OF CASE: ☒ District Ct - ⦿ US Civil ○ Private Civil ○ Criminal ○ Bankruptcy
   ☐ Bankruptcy - if direct from Bankruptcy Court   ☐ Original proceeding
5. IS THIS CASE REQUIRED BY STATUTE TO BE EXPEDITED?   ○ Yes ⦿ No
   If YES, cite statute
6. CASE INFORMATION:
   a. District Court Docket No.
      Civil Action 1:22-cv-02717-BAH         Bankruptcy Court Docket No.         Tax Court Docket No.
      Criminal                               Bankruptcy                          Tax
                                             Adversary
      Miscellaneous                          Ancillary
   b. Review is sought of:
      ☒ Final Order   ☐ Interlocutory Order appealable as of right   ☐ Interlocutory Order certified for appeal
   c. Name of judge who entered order being appealed:
      Judge Beryl A. Howell                  Magistrate Judge
   d. Date of order(s) appealed (use date docketed): 7/21/25*12/3/24   e. Date notice of appeal filed: 9/19/2025
   f. Has any other notice of appeal been filed in this case? ○ Yes ⦿ No   If YES, date filed:
   g. Are any motions currently pending in trial court? ○ Yes ⦿ No   If YES, date filed:
      If YES, identify motion
   h. Has a transcript of proceedings been ordered pursuant to FRAP 10(b)?   ○ Yes ⦿ No
      If NO, why not? No hearings were held.
   i. Has this case been before the Court under another appeal number? ○ Yes  Appeal #          ⦿ No
   j. Are any cases involving the same underlying order or, to counsel's knowledge, involving *substantially the same issue,* currently pending before the District Court, this Court, another Circuit Court, or the Supreme Court?
      ○ Yes ⦿ No If YES, give each case's court and case name, and docket number:
   k. Does this case turn on validity or correct interpretation or application of a statute?   ⦿ Yes ○ No
      If YES, give popular name and citation of statute Title VII, 42 USC § 2000e-16; ADEA 29 USC § 621, et. seq; Reh
7. Have the parties attempted to resolve issues in this case through arbitration, mediation, or another alternative for dispute resolution? ⦿ Yes ○ No   If so, provide program name and participation dates
   7/12/2024 US District Court Mediation Program (DCD)

Signature /s/ Elaine Abbott                               Date 11/7/2025
Name of Party Elaine Abbott
Name of Counsel for Appellant/Petitioner Pro Se Appellant
Address See Docket Entries: Minute Order September 14, 2022, and ECF No. 4 September 19, 2022
Phone (    )                Fax (    )
ATTACH A CERTIFICATE OF SERVICE

Note: If counsel for any other party believes that the information submitted is inaccurate or incomplete, counsel may so advise the Clerk within 7 calendar days by letter, with copies to all other parties, specifically referring to the challenged statement. Attach a certificate of service to this form.

USAC Form 42
August 2009 (REVISED)