# UNITED STATES COURT OF APPEALS
## FOR THE DISTRICT OF COLUMBIA CIRCUIT

No. 25-5337
(C.A. No. 22-2717)

ELAINE ABBOTT, *Appellant*,

v.

ERIC UELAND, Acting Director, *Appellee*.
Office of Government Ethics
in his official capacity,

## APPELLANT'S STATEMENT OF INTENT
## TO UTILIZE DEFERRED JOINT APPENDIX

With consent from Counsel for the Appellee, Appellant, Elaine Abbott, defers preparation of the joint appendix as authorized by Federal Rule of Appellate Procedure 30(c) and Circuit Rule 30(c).

Dated: November 7, 2025

Respectfully Submitted,

*/s/ Elaine Abbott*
Elaine Abbott
Appellant, Appearing *Pro Se*
discriminationlawsuitvoge@protonmail.com

## **CERTIFICATE OF SERVICE**

I hereby certify that, on November 7, 2025, the Appellant's ***Statement of Intent to Utilize Deferred Joint Appendix*** was electronically filed through the CM/ECF system, for service to all parties.

*/s/ Elaine Abbott*
Elaine Abbott
Appellant, Appearing *Pro Se*
