# UNITED STATES COURT OF APPEALS
## FOR THE DISTRICT OF COLUMBIA CIRCUIT

No. 25-5337
(C.A. No. 22-2717)

ELAINE ABBOTT, *Appellant*,

v.

ERIC UELAND, Acting Director, *Appellee*.
Office of Government Ethics
in his official capacity,

## APPELLANT'S STATEMENT OF THE ISSUES
## TO BE RAISED

1. Whether the District Court erred in granting summary judgment on Appellant's Title VII discrimination claims by discounting genuine disputes of material facts that are the purview of a jury to decide, misapplying the McDonnell Douglas framework, and disregarding credible evidence of disparate treatment and pretext warranting jury deliberation as a matter of law.

2. Whether the District Court erred in granting summary judgment on Appellant's retaliation claims by discounting viable evidence of temporal proximity, evidence establishing causation, and material adversity in retaliatory behavior by Appellee's Agency officials.

3. Whether the District Court erred in dismissing Appellant's hostile work environment and constructive discharge claims by devaluing the severity and/or pervasiveness of Appellee's Agency officials' conduct.

4. Whether the District Court abused its discretion in denying Appellant's motion to re-open Discovery in accordance with Federal Rule of Civil Procedure 56(d) or providing any other reasonable relief by erroneously:

   (a) finding the motion untimely;

   (b) ignoring Appellee's failures to turn over Discovery despite pledging to do so, having a continuing legal obligation to do so, and the Court's Order instructing compliance from both parties to do so;

   (c) characterizing the Discovery requested as speculative even though it was drafted with specificity for information only the Appellee would have and was obligated to turn over in full particularly where Appellee provided nothing but boilerplate objections, unsupported assertions of privilege, and the like for withholding the Discovery;

   (d) devaluing Appellant's affidavit satisfying *Convertino* factors.

Dated: November 7, 2025  Respectfully Submitted,

*/s/ Elaine Abbott*
Elaine Abbott
Appellant, Appearing *Pro Se*
discriminationlawsuitvoge@protonmail.com

# **CERTIFICATE OF SERVICE**

I hereby certify that, on November 7, 2025, the Appellant's ***Statement of the Issues to be Raised*** was electronically filed through the CM/ECF system, for service to all parties.

*/s/ Elaine Abbott*
Elaine Abbott
Appellant, Appearing *Pro Se*
