# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ELAINE ABBOTT, <br><br> Plaintiff, <br><br> v. <br><br> JAMIESON GREER, *Acting Director, U.S. Office of Government Ethics*, <br><br> Defendant. | Civil Action No. 22-2717 (BAH) <br><br> Judge Beryl A. Howell |

## ORDER

Upon consideration of defendant Jamieson Greer, Acting Director of the U.S. Office of Government Ethics's Motion for Summary Judgment, ECF No. 35; the memoranda, declarations, and exhibits submitted in support and opposition; and the entire record herein, for the reasons set forth in the accompanying Memorandum Opinion, it is hereby:

**ORDERED** that defendant's Motion for Summary Judgment, ECF No. 35, is **GRANTED**; it is further

**ORDERED** that judgment is entered in favor of defendant; and it is further

**ORDERED** that the Clerk of the Court is directed to close this case.

**SO ORDERED.**

*This is a final and appealable order.*

Date:   July 21, 2025

*[signature: Beryl A. Howell]*

_____
**BERYL A. HOWELL**
United States District Judge