UNITED STATES COURT OF APPEALS
FOR THE DISTRICT OF COLUMBIA CIRCUIT

No. 25-5337
(Civ. A. No. 22-2717)

ELAINE ABBOTT, Appellant,

v.

ERIC UELAND
Acting Director, U.S. Office of Government Ethics, Appellee.

**APPELLEE'S CERTIFICATE AS TO
PARTIES, RULINGS, AND RELATED CASES**

Pursuant to this Court's Order of October 22, 2025, and D.C. Circuit Rule 28(a)(1), the appellee, by and through undersigned counsel, respectfully files this certificate as to parties, rulings, and related cases.

## I. PARTIES

The plaintiff-appellant is Elaine Abbott. The defendant-appellee is the Acting Director of the United States Office of Government Ethics. There is no amicus curiae.

## II. RULINGS UNDER REVIEW

The plaintiff appeals from the July 21, 2025, memorandum opinion (R.49) and order (R.48) of the Honorable Beryl A. Howell, which granted the defendant's motion for summary judgment. The opinion is available at 2025 WL 2029766.

### III.  RELATED CASES

There are no known related cases.

          JEANINE FERRIS PIRRO
          United States Attorney

          BRIAN P. HUDAK
          Chief, Civil Division

          */s/ Johnny Walker*
          JOHNNY H. WALKER, III[1]
          Assistant United States Attorney
          601 D Street, N.W.
          Washington, D.C. 20530
          (202) 252-2511
          johnny.walker@usdoj.gov

November 7, 2025        *Attorneys for the United States of America*

---

[1] At the end of the day on September 30, 2025, the appropriations funding the Justice Department expired, and thus, the Department's attorneys are generally prohibited from working except in very limited circumstances. *See* 31 U.S.C. § 1342. As this filing is ministerial, required de minimis time to prepare during intervals between excepted functions, and the filing attorney has generally been excepted from furlough, the attorney's supervisor has determined that this filing may be made under applicable Department guidance.

# CERTIFICATE OF SERVICE

I certify that today, November 7, 2025, the foregoing has been served on the appellant through the Court's CM/ECF system.

*/s/ Johnny Walker*
JOHNNY H. WALKER, III
Assistant United States Attorney