UNITED STATES COURT OF APPEALS
FOR THE DISTRICT OF COLUMBIA CIRCUIT

No. 25-5337

ELAINE ABBOTT,                                           Appellant,

v.

ERIC UELAND, Acting Director
of the U.S. Office of Government Ethics,              Appellee.

## APPELLEE'S UNOPPOSED MOTION FOR EXTENSION OF TIME

Pursuant to Circuit Rule 27 and Federal Rule of Appellate Procedure 27, Appellee Eric Ueland, Acting Director of the U.S. Office of Government Ethics, respectfully moves for a sixty-day extension, to January 20, 2026, of the deadline for dispositive motions. The current deadline is Friday, November 21, 2025. Appellee has not sought a prior extension of this deadline. Counsel for Appellee has conferred with Appellant Elaine Abbott, who graciously consents to the relief sought.

This is an appeal in an employment discrimination case. The district court granted summary judgment to Appellee.

There is good cause to grant the relief sought. Undersigned counsel is responsible for representing the government in a large docket of active cases, which includes drafting numerous dispositive motions, responses,

and reply briefs due in the district court over the next several weeks. The deadline for the dispositive motion in this case falls in the wake of restoration of appropriations, resulting in stacking of numerous prior deadlines that could not have been avoided or mitigated. The relief requested would facilitate the undersigned's ability to meet his obligations to this Court and the district court in the cases he is assigned. An earlier deadline is also not practical considering the upcoming federal holidays.

    Granting the additional time for dispositive motions will enhance the presentation of the issues and assist the Court with resolving the appeal. No party will be unfairly prejudiced by granting the relief requested. This motion is filed in good faith and not for purposes of gaining any unfair advantage through delay.

*   *   *

Appellee respectfully requests that the Court grant this motion and extend the deadline dispositive motions to January 20, 2026.

                                        JEANINE FERRIS PIRRO
                                        United States Attorney

                                        JOHNNY H. WALKER, III
                                        Assistant United States Attorney

                                        */s/ Dimitar P. Georgiev*
                                        DIMITAR P. GEORGIEV
                                        Assistant United States Attorney
                                        601 D Street NW
                                        Washington, D.C. 20530
                                        (202) 252-7678

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 18th day of November 2025, I caused the foregoing Appellee's Unopposed Motion for Extension of Time to be served on all parties through this Court's electronic filing system.

>*/s/ Dimitar P. Georgiev*
>DIMITAR P. GEORGIEV
>Assistant United States Attorney

## CERTIFICATE OF COMPLIANCE
### (Fed. R. App. P. 27(d)(2)(A))

I hereby certify that the text of the foregoing document was prepared using 14-point Century Schoolbook font, and contains 274 words, as counted by Microsoft Word.

>*/s/ Dimitar P. Georgiev*
>DIMITAR P. GEORGIEV
>Assistant United States Attorney